UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FRANKLIN DALE CHURCH (#11086)

VERSUS

DETECTIVE CALVIN BOWDEN, ET AL.

CIVIL ACTION

NO. 12-772-JJB-SCR

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Steven L. Riedlinger dated January 14, 2013 (doc. no. 6) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's claims are DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(I) and (iii).

Baton Rouge, Louisiana, this 20th day of February, 2013.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA